In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT WESTAWAY, GUARANTY TRUST COMPANY OF NEW YORK and CENTRAL HANOVER BANK AND TRUST COMPANY, as Surviving Trustees, and ISABELLE J. MCDONALD, ROBERT WESTAWAY and CHEMICAL BANK AND TRUST COMPANY, as Executors, etc., of FREDERIC A. JUILLIARD, Deceased Trustee of the Trust Created under Paragraph Thirty-fifth of the Last Will and Testament of AUGUSTUS D. JUILLIARD, Deceased, for the Benefit of ELIZABETH STOKES TERRIEN. CATHERINE DODGE ROGERS, EVELYN MCILVAINE ROGERS and CAMILLE COSSITT

ROGERS, Infants, by WILLIAM J. LAMONT, Their Special Guardian, ELIZABETH STOKES TERRIEN, JOHN SHILLITO ROGERS, JR., FREDERICK COSSITT ROGERS BARD PENDLETON ROGERS and MAY DODGE ROGERS, Appellants; ROBERT WESTAWAY, GUARANTY TRUST COMPANY OF NEW YORK and CENTRAL HANOVER BANK AND TRUST COMPANY, as Surviving Trustees, and ISABELLE J. McDONALD, ROBERT WESTAWAY and CHEMICAL BANK AND TRUST COMPANY, as Executors, etc., of FREDERIC A. JUILLIARD, Deceased Trustee of the Trust Created under Paragraph Thirty-fifth of the Last Will and Testament of AUGUSTUS D. JUILLIARD, Deceased, for the Benefit of ELIZABETH STOKES TERRIEN, Respondents.— Decree of the Surrogate's Court, Orange County, in so far as appealed from, dismissing appellants' objections to the account of proceedings of the surviving trustees and the executors of the last will and testament of the deceased trustee under the will of Augustus D. Juilliard, deceased, and finally settling the account as filed and adjusted, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ. [171 Misc. 661.]